Vy T. Pham, Esq.
CA Bar No. 249911
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 09-03747

Attorneys for Secured Creditor
COUNTRYWIDE HOME LOANS SERVICING, L.P.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| In Re, | BK No.: 09-42380 RN |
|---|---|
| PAULO GEORGE MARTINS AND KARI JO MARTINS, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS SERVICING, L.P., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Vy T. Pham, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
PH (714) 481-9100

Dated: 4/27/09           MILES, BAUER, BERGSTROM & WINTERS, LLP

                         By:  /s/ Vy T. Pham
                              Vy T. Pham, Esq.
                              Attorney for Secured Creditor

(09-03747/ndrfsn.dot/rlw)

1