**Entered on Docket
September 29, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



```
 1  PATRICK L. FORTE, State Bar #80050     Signed: September 28, 2009
    CORRINE BIELEJESKI, Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612                      _____
    Telephone: (510) 465-3328                  RANDALL J. NEWSOME
 4  Facsimile: (510) 763-8354                  U.S. Bankruptcy Judge

 5  Attorneys for Debtors                  _____
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 09-42380 RN-13 |
| **PAULO GEORGE MARTINS** and **KARI JO MARTINS,** | Chapter 13 |
| Debtors. | **ORDER MODIFYING CHAPTER 13 PLAN** |
| _____/ | |

The above named debtors having served a Motion to Modify Chapter 13 Plan on August 26, 2009 and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Debtors shall surrender the real property located at 525 N. Miller Rd., #104, Scottsdale, AZ to Wells Fargo. Debtors' plan payment shall be $350.00 per month commencing September, 2009. Unsecured non-priority claims shall be paid on a pro-tanto basis. Any plan arrearages shall be forgiven.

**END OF ORDER**

Order Modifying Chapter 13 Plan                                Page 1 of 2

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Attorney for Debtor** |
| | Patrick L. Forte, Esq. |
| 3 | One Kaiser Plaza, #480 |
| | Oakland, CA 94612 |
| 4 | |
| 5 | U.S. Trustee |
| | 1301 Clay Street, #690N |
| 6 | Oakland, CA 94612 |
| 7 | |
| | **Chapter 13 Trustee** |
| 8 | Martha Bronitsky |
| | Trustee |
| 9 | P.O. Box 5004 |
| | Hayward, CA 94540 |
| 10 | |
| | **Debtors** |
| 11 | Paulo & Kari Jo Martins |
| | 4873 Landmark Way |
| 12 | Dublin, CA 94568 |

Order Modifying Chapter 13 Plan                                           Page 2 of 2

Case: 09-42380   Doc# 26   Filed: 09/28/09   Entered: 09/29/09 16:34:26   Page 2 of 2